FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✗
Send ✗
Enter ✗
Closed
JS-5/JS-6 ✗
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ACOSTA, | NO. ED CV 05-0443 JFW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE EVANS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3/19, 2008.

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE